IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2019 MAY 22 PM 12: 20
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | 5 : 19 CR 329 |
| v. ) | CASE NO. _____ |
| ) | Title 18, United States Code, |
| KENNETH L. MCKINLEY III, ) | Sections 922(g)(9), (o), 924(a)(2) |
| ) | and 924(d)(1); Title 26, United |
| Defendant. ) | States Code, Sections 5841, |
| | 5861(d), and 5871 |

JUDGE PEARSON

COUNT 1
(Illegal Possession of Machine Guns, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury charges:

1. On or about March 12, 2019, in the Northern District of Ohio, Eastern Division, Defendant KENNETH L. MCKINLEY III did knowingly possess two machineguns, those being, a black Glock-type, select-fire conversion device, with no serial number or manufacturer markings, and a silver Glock-type, select-fire conversion device, with no serial number or manufacturer markings, both and each designed and intended solely and exclusively, for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 2
(Possession of Ammunition by a Prohibited Person, 18 U.S.C. §§ 922(g)(9) and 924(a)(2))

The Grand Jury further charges:

2. On or about March 12, 2019, in the Northern District of Ohio, Eastern Division, Defendant KENNETH L. MCKINLEY III possessed ammunition, to wit: fifty rounds of Winchester brand, .22 caliber ammunition, having been previously convicted of a misdemeanor

crime of domestic violence, that being: Domestic Violence, on or about November 30, 2017, in case number 2017-CR-B-001550, in Wayne County Municipal Court, and did so knowingly, said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

COUNT 3
(Receipt and Possession of Unregistered Firearms, 26 U.S.C. §§ 5841, 5861(d), and 5871)

The Grand Jury further charges:

3. On or about March 12, 2019, in the Northern District of Ohio, Eastern Division, Defendant KENNETH L. MCKINLEY III knowingly received and possessed two firearms, those being, a black Glock-type, select-fire conversion device, with no serial number or manufacturer markings, and a silver Glock-type, select-fire conversion device, with no serial number or manufacturer markings, both and each designed and intended solely and exclusively, for use in converting a weapon into a machinegun, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.